# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : : : | Civil Action File No. 3:26-cv-00249 |
| | : | |
| Plaintiff, | : | |
| | : | **STIPULATION FOR EXTENSION** |
| vs. | : | **OF TIME WITH WHICH TO** |
| | : | **MOVE, ANSWER OR** |
| COUNTRYSIDE RENTALS, INC., | : | **OTHERWISE PLEAD** |
| | : | |
| Defendant. | : | |
| | : | |

Comes now counsel for Plaintiff and counsel for Defendant and hereby stipulate that Defendant may have an additional 21 days, to and including July 13, 2026, with which to move, answer or otherwise plead to Plaintiff's Complaint. Defendant Countryside Rentals, Inc. is currently working on securing counsel licensed in the Eastern District of Tennessee. No previous extensions have been sought or granted.

Respectfully submitted,

_____

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

_____

Robert R. Sparks (*Seeking PHV admission)*
STRAUSS TROY CO., LPA
Counsel for Defendant
The Federal Reserve Building
150 East Fourth Street, Fourth Floor
Cincinnati, Ohio 45202-4018
Tel: (513) 621-2120
Fax: (513) 241-8259
rrsparks@strausstroy.com

*Counsel for Defendant*

19577238.1