# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON, on )
behalf of herself and others similarly )
situated, )
                         )
       Plaintiff, )
                         )
vs. )               **No.: 3:26-CV-00249**
                         )
COUNTRYSIDE RENTALS, INC., )       **JURY DEMAND**
                         )
       Defendant. )

## LIMITED NOTICE OF APPEARANCE

COMES the firm of LEWIS THOMASON, P.C., 900 S. Gay Street, Suite 300, P.O. Box 2425, Knoxville, TN 37901, and hereby gives its limited and special notice of appearance on behalf of Defendant Countryside Rentals, Inc. in the above-styled and numbered cause.

The firm of LEWIS THOMASON, P.C., hereby notifies all counsel of record that at this time, Defendant intends to assert all possible defenses to the extent such defenses are applicable to the Defendant in this cause. The Defendant makes this limited and special appearance out of an abundance of caution and in no way waives any defenses it may have including, but not limited to, those based on insufficiency of process and/or insufficiency of service of process.

The firm of LEWIS THOMASON, P.C., enters its name and respectfully requests of the Court and all counsel of record that copies of all pleadings, notices and filings in this cause be furnished to it.

The firm of LEWIS THOMASON, P.C., will in due time file such pleadings and additional appearances as deemed appropriate in this cause.

/s/ Adam F. Rust  
Rodney A. Fields, Esq. (BPR #14846)  
e-mail: RFields@LewisThomason.com  
Adam F. Rust, Esq. (BPR #27507)  
e-mail: ARust@LewisThomason.com  
LEWIS THOMASON, P.C.  
900 S. Gay St., Ste. 300  
P.O. Box 2425  
Knoxville, TN 37901  
(865) 546-4646  

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2026, a copy of the foregoing Notice has been delivered to all parties at interest in this cause by operation of the Court's electronic filing system.

/s/ Adam F. Rust  
Adam F. Rust (BPR #27507)

11089940