**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | Civil Action File No. 3:26-cv-00249 |
| Plaintiff, | : | |
| | : | MOTION FOR ADMISSION *PRO HAC VICE* |
| vs. | : | |
| | : | OF COUNSEL ROBERT R. SPARKS |
| COUNTRYSIDE RENTALS, INC., | : | |
| Defendant. | : | |
| | : | |

Pursuant to Rule 83.3(e) of this Court, Adam Rust, Counsel for Defendant in the above action hear by moves the court to admit Robert R. Sparks *pro hac vice* to appear and participate as counsel in this action for Defendant.

Mr. Sparks is a member in good standing in the United States District Court Southern District of Ohio as attested by the accompanying certificate of good standing from that Court. This Motion is accompanied by the required filing fee. His relevant identifying information is as follows:

Business Address:     Strauss Troy Co., LPA
150 E. 4th St., 4th Floor
Cincinnati, Ohio 45202

Business Telephone:     (513) 621-2120

Business Facsimile:     (513)241-8259

Business E-Mail Address:     rrsparks@strausstroy.com

DATED:  July 6, 2026                              Respectfully submitted,

                                                  /s/ *Adam Rust*

                                                  **LEWIS THOMASON, P.C.**

                                                  900 S. Gay Street
                                                  Knoxville, TN 37901
                                                  Tel: 865-541-5284
                                                  Fax: 865-523-6529
                                                  Email: arust@lewisthomason.com

                                                  *Counsel for Defendant Countryside Rentals, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hear by certify that on July 6, 2026, a copy of the foregoing motion for admission *Pro Hac Vice* was filed electronically via the courts CM/ECF system. Notice that this filing will be sent to all parties of record through operation of the court's electronic filing system.

                                                  /s/ Adam Rust
                                                  Adam Rust

19596948.1