

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Robert R Sparks**

Attorney Registration No. **0073573**

was duly admitted to practice in this Court on

January 11, 2012

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 30, 2026.

**RICHARD W. NAGEL, CLERK OF COURT**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*