

# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Jul 9, 2026 11:21AM

Lewis Thomason
PO Box 2425
Knoxville, TN 37901

Rcpt. No: 300008429          Trans. Date: Jul 9, 2026 11:21AM          Cashier ID: #AF (2312)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTNE326BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #053753 | 07/9/2026 | $150.00 |

| | | |
|--|--|--|
| Total Due Prior to Payment: | $150.00 |
| Total Tendered: | $150.00 |
| Total Cash Received: | $0.00 |

**Comments:** 3:26-cv-249 phv fee for Robert Sparks

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.