| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, | ) | |
| on behalf of herself and others similarly situated, | ) | Case No. 3:26-cv-00249-KAC-DCP |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | District Judge Katherine A. Crytzer |
| | ) | |
| COUNTRYSIDE RENTALS, INC., | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| Defendant. | ) | |

## DEFENDANT COUNTRYSIDE RENTALS, INC.'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Countryside Rentals, Inc. ("Countryside"), by limited and special appearance only, moves this Court to dismiss the Complaint of Plaintiff Sheri Butler Brockington for lack of personal jurisdiction. The Defendant contemporaneously files its Memorandum in Support and Affidavit of Michael D. Tissot.[1]

Respectfully submitted,

/s/ Adam F. Rust
Rodney A. Fields, Esq. (BPR #14846)
e-mail: RFields@LewisThomason.com
Adam F. Rust, Esq. (BPR #27507)
e-mail: ARust@LewisThomason.com
LEWIS THOMASON, P.C.
900 S. Gay St., Ste. 300
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

---

[1] Countryside hereby certifies that counsel for Countryside and Ms. Brockington have met and conferred through e-mail in compliance with this Court's Order Governing Motions to Dismiss. Doc. 3. Counsel have agree that the Complaint is not curable by a permissible amendment.

1

/s/ Robert R. Sparks w. permission
by Adam F. Rust
Robert R. Sparks, Esq.
(Motion for Pro Hac Admission Pending)
e-mail: rrsparks@strausstroy.com
STRAUSS TROY
150 E. 4th Street, 4th Floor
Cincinnati, OH 45202
(513) 621-2120

*Attorneys for Defendant Countryside Rentals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th Day of July 2026, and pursuant to Fed. R. Civ. P. 5(b)(2)(E), a copy of the foregoing has been delivered to all parties at interest in this cause by operation of the Court's electronic filing system.

/s/ Adam F. Rust
Adam F. Rust, Esq. (BPR #27507)

2