# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYSIDE RENTALS, INC.,<br><br>Defendant. | No. 3:26-cv-00249-KAC-DCP<br><br>JUDGE KATHERINE A. CRYTZER<br><br>AFFIDAVIT OF<br>MICHAEL D. TISSOT |

STATE OF OHIO             )
                          ) SS:
COUNTY OF __Ross__       )

I, Michael D. Tissot, after being duly cautioned and sworn, depose and state that I am competent to testify and that the following is true and correct and based upon my personal knowledge:

1.      I am an adult over the age of eighteen and testify as follows from my own personal knowledge.

2.      I am the Owner and President of Countryside Rentals, Inc. ("Countryside"), the Defendant in the above-captioned case. I have held those positions since 1999.

3.      Countryside is incorporated in the state of Ohio, and it has been dating back to the 1980s.

4.      Countryside's principal place of business is in Bainbridge, Ohio.

5.      Countryside does business under the name "Rent-2-Own."

6.      Operating as Rent-2-Own, Countryside has 43 retail stores in Ohio and Kentucky, but in no other state.

Page 1 of 5

EXHIBIT

A

tabbies

7. Countryside has approximately 496 employees, nearly all of whom work at Countryside's retail stores.

8. Countryside's main line of business is renting home furnishings, but also some appliances, electronics, computers, and tires, from its retail stores.

9. Countryside relies on foot traffic at its brick-and-mortar locations to generate business, and Countryside's customers typically reside within 30 minutes of a retail store.

10. When Countryside first encounters a potential customer online, any sale to that customer must be finalized in person at one of our stores, over the phone, or at the customer's home, but Countryside has service area limits that do not exceed a 30-minute drive from a retail store.

11. Countryside can deliver products to customers, but we do not deliver beyond Ohio, Kentucky, and limited parts of West Virginia that are near the Ohio and Kentucky borders, and we do not deliver beyond the 30-minute service areas.

12. Countryside has no physical locations, offices, or personnel in Tennessee.

13. Countryside does not own or lease any property in Tennessee.

14. Countryside is not registered with the State of Tennessee to do business in Tennessee.

15. Countryside does not provide services or products to anyone located in Tennessee.

16. Countryside does not deliver any products or services to Tennessee.

17. Countryside has a few vendors that we buy from that have offices in Tennessee, but Countryside does not otherwise transact any business in Tennessee or with anyone located in Tennessee.

Case 3:26-cv-00249-KAC-DCP   Document 14-1   Filed 07/13/26   Page 2 of 5
PageID #: 59

18. Countryside does no advertising or marketing targeted towards Tennessee.

19. Countryside has never had a registered agent for service of process in Tennessee.

20. Countryside has never maintained a bank account in Tennessee.

21. Countryside has never paid Tennessee business or franchise taxes.

22. Countryside has never employed anyone who works from Tennessee.

23. Countryside has never maintained inventory in Tennessee.

24. Countryside advertises on an internet website, which is available to anyone with access to the worldwide web, but nothing on Countryside's website is specifically focused towards Tennessee or Tennessee residents.

25. Countryside's closest location to Tennessee is in Mt. Sterling, Kentucky, which is over 100 miles and an approximately 2-hour drive away from the Tennessee border, and that store just opened recently in May 2026.

26. Countryside does not use an auto-dialer.

27. Countryside does not intend to send unsolicited telephone messages. Instead, we only intend to contact customers that have contacted us or are in our database as a prior customer.

28. Countryside only intends to send telephone messages to existing customers or potential customers who have reached out to Countryside for information and provided their telephone number.

29. When potential customers reach out for information and provide their telephone number, Countryside requires them to consent to being contacted by telephone.

Case 3:26-cv-00249-KAC-DCP    Document 14-1    Filed 07/13/26    Page 3 of 5
PageID #: 60

30. Countryside texted the telephone number at issue in the above-captioned case because it believed that the number belonged to someone named Brittney who contacted Countryside in 2022 to inquire about becoming a customer.

31. When Brittney contacted Countryside in 2022, she selected the Athens, Ohio, store as her local store.

32. When Brittney contacted Countryside in 2022, she gave no indication that she had any connection to Tennessee or any state other than Ohio.

33. When Countryside texted the telephone number at issue in the above-captioned case it did not believe that the number was on a do-not-call registry. Instead, Countryside was texting a lead number that was provided by the customer, and we had no reason to suspect that someone would submit a telephone number to be contacted if their number was listed on a do-not-call registry.

34. When Countryside texted the telephone number at issue it was relying on the owner's consent allowing Countryside to contact her.

35. When Countryside texted the telephone number at issue it did not know that it was reaching out to someone with a connection to Tennessee.

36. When Countryside texted the telephone number at issue it believed that it was contacting someone in Ohio who resided in Ohio, and specifically the person named Brittney who reached out to us as a potential customer in 2022.

37. When Countryside texted the telephone number at issue it had no intent to send an unsolicited message. Rather, Countryside believed that it was contacting a potential customer who previously reached out to Countryside.

Page 4 of 5

38. Countryside only sent three text messages to the telephone number at issue in this case. One of those three messages was sent after the person on the other end texted Countryside and asked where we were located.

39. The third and last text message sent by Countryside to the telephone number at issue gave the address of Countryside's store in Athens, Ohio.

40. Countryside had no intent to disturb or intrude on the privacy of the owner of the telephone number at issue in the above-captioned case.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Michael D. Tissot

Sworn to and subscribed before me, a Notary Public, this ⁷ᵗʰ day of July, 2026.

_____
Notary Public
My Commission expires:



BETH PERKINS
Notary Public
State of Ohio
My Comm. Expires
July 4, 2027

19589321_1

Page 5 of 5