**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : : | |
| | : | CIVIL ACTION FILE NO. 3:26-cv-00249- |
| Plaintiff, | : | KAC-DCP |
| | : | |
| v. | : | |
| | : | |
| COUNTRYSIDE RENTALS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

## DECLARATION OF SHERI BUTLER BROCKINGTON

I, Sheri Butler Brockington, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the Plaintiff in this action. I have personal knowledge of the facts stated in this Declaration and, if called upon to testify, I could and would testify competently thereto.

2.      I submit this Declaration in opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

3.      I currently reside in Hixson, Tennessee 37343.

4.      I have lived in the State of Tennessee for more than ten years.

5.      I acquired the cellular telephone number at issue in this lawsuit, (423) 718-XXXX, in approximately December 2023.

6.      Since acquiring that telephone number, I have continuously used it as my personal cellular telephone number.

7.      The telephone number is used solely for personal purposes.

8.      The telephone number is not associated with any business.

9. During March and April 2026, I received multiple text messages from Countryside Rentals that advertised its rental goods and services.

10. At the time I received each of those text messages, I was residing in Tennessee.

11. I received and read each of the text messages while I was physically present at my home in Hixson, Tennessee.

12. Before receiving the text messages that are the subject of this lawsuit, I had never heard of Countryside Rentals.

13. Before receiving the text messages, I had never visited any Countryside Rentals location.

14. Before receiving the text messages, I had never requested information from Countryside Rentals.

15. I have never provided my cellular telephone number to Countryside Rentals.

16. I have never given Countryside Rentals permission or consent to send me telemarketing text messages.

17. I have never lived in the State of Ohio.

18. I do not know anyone named "Brittney" who previously used my cellular telephone number.

19. I am not the individual identified as "Brittney" in Defendant's Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June, 2026, in Hixson, Tennessee. *Sheri Butler Brockington*

_____

Sheri Butler Brockington