UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated; | ) | |
| Plaintiff, | ) | 3:26-CV-249-KAC-DCP |
| v. | ) | |
| COUNTRYSIDE RENTALS, INC.; | ) | |
| Defendant. | ) | |

**ORDER TO SHOW CAUSE**

This case is before the Court because the Parties have failed to comply with the Court's August 11, 2026 Order [Doc. 23]. In that Order, the Court ordered each Party to "file a supplement by September 15, 2026 explaining the impact of the jurisdictional discovery on their respective positions regarding Defendant's Motion to Dismiss" [Doc. 23 at 2 (emphasis omitted)]. To date, no Party has submitted the required supplement.

The Court, therefore, **ORDERS PLAINTIFF TO SHOW CAUSE** as to why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's August 11 Order [Doc. 23] and prosecute this action. *See* Fed. R. Civ. P. 41(b) (providing for dismissal of an action or claim "[i]f the plaintiff fails to prosecute" or "comply with . . . a court order"). **Plaintiff must respond to this Order within fourteen (14) days of entry of the Order.** Failure to timely respond will result in the involuntary dismissal of this action under Rule 41(b) for a failure to prosecute or comply with a court order. *See Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736-37 (6th Cir. 2008); *Steward v. City of Jackson*, 8 F. App'x 294, 296 (6th Cir. 2001).

Further, the Court **ORDERS DEFENDANT TO SHOW CAUSE** as to why the Court should not sanction it or hold it in contempt for failure to comply with the Court's August 11 Order [Doc. 23]. *See* Fed. R. Civ. P. 16(f) (permitting a court to issue sanctions, including those authorized under Rule 37(b)(2)(A)(ii)-(vii), for a Party's failure to obey a pretrial order); Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii) (providing various sanctions for failure to comply with a court order). **Defendant must respond to this Order within fourteen (14) days of entry of the Order.** Failure to timely respond will result in the imposition of appropriate sanctions.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge