**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 3:26-cv-00249-KAC-DCP |
| Plaintiff, | : | |
| v. | : | |
| COUNTRYSIDE RENTALS, INC. | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**
**AND RESPONSE TO ORDER TO SHOW CAUSE**

The Plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

Plaintiff acknowledges that she did not timely file the supplement required by the Court's August 11, 2026 Order and apologizes to the Court for this oversight. This dismissal resolves the basis for the Court's Order to Show Cause as to Plaintiff but the Plaintiff is prepared to provide any other information required to finalize this dismissal.

Respectfully Submitted,

Dated: September 18, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*